No. 24. BUTLER ET AL., APPELLANTS, *v.* SORONGO ET AL., AP-PELLEES.—Approval of statement of case. July 27, 1918. *Approval denied.*

No. 1772. TORRES ET AL., APPELLANTS, *v.* RAMOS, APPEL-LEE.—Ejectment. Mayagüez. July 27, 1918. *Affirmed.*

No. 1821. FRANCESCHI ET AL., APPELLEES, *v.* TRUJILLO & MERCADO, NOW MARIO MERCADO & SONS, APPELLANTS.—Eject-ment. Ponce. July 27, 1918. *Reconsideration denied.*

No. 1346. PEOPLE, APPELLEE, *v.* CALDERÓN, APPELLANT.—Seduction. San Juan, Section 2. November 4, 1918. *Appeal withdrawn.*

No. 1347. PEOPLE, APPELLEE, *v.* DÍAZ, APPELLANT.—Assault and battery. San Juan, Section 2. November 4, 1918. *Appeal withdrawn.*

No. 1290. PEOPLE, APPELLEE, *v.* LÁTIMER ET AL., APPEL-LANTS.—Violation of section 288 of the Penal Code. San Juan, Section 2. November 4, 1918. *Appeal withdrawn.*

No. 1928. PEOPLE, APPELLEE, *v.* BLONDET, APPELLANT.—Ex-propriation. Guayama. November 4, 1918. *Appeal with-drawn.*

No. 1813. PORRATA, APPELLANT, *v.* PEOPLE, APPELLEE.—De-livery of money. San Juan, Section 1. November 4, 1918. *Appeal withdrawn.*